People v Jose A. (2025 NY Slip Op 06791)

People v Jose A.

2025 NY Slip Op 06791

Decided on December 04, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 04, 2025

Before: Kern, J.P., Friedman, Gesmer, Pitt-Burke, O'Neill Levy, JJ. 

Index No. 1780/17|Appeal No. 5277|Case No. 2020-01115|

[*1]The People of the State of New York, Respondent,
v
Jose A., Defendant-Appellant. 

Twyla Carter, The Legal Aid Society, New York (Hannah Gladstein of counsel), for appellant.

Order, Supreme Court, Bronx County (April A. Newbauer, J.), rendered December 2, 2019, as amended December 9, 2019, convicting defendant, upon his plea of guilty, of robbery in the first degree, adjudicating him a youthful offender, and sentencing him to a jail term of six months followed by three years of probation, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge imposed at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge imposed at sentencing (see People v Chirinos, 190 AD3d 434, 435 [1st Dept 2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 4, 2025